IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARY BELINDA BOLDEN, Administratrix for Shawn Lamont Bolden, Deceased,<br><br>        Plaintiff,<br><br>    v.<br><br>PENNSYLVANIA BUREAU OF PRISONS, and DAVID DIGUGLIELMO, CAPTAIN THOMAS DOMAN, CAPTAIN J. JOHNSON, CAPTAIN JEROME STRICKLAND, CAPTAIN WILLIAMS, CORRECTIONS OFFICER BURTON, CORRECTIONS OFFICER S. GREEN, CORRECTIONS OFFICER VITO MANISCALO, CORRECTIONS OFFICER PATRICIA ROBINSON, CORRECTIONS OFFICER COMER RUCKER, CORRECTIONS OFFICER SMITH, CORRECTIONS [OFFICER] WALTERS, and CORRECTIONS OFFICERS JOHN DOE 1-10, individually and in their official capacities,<br><br>        Defendants. | CIVIL ACTION<br><br>NO. 11-0467 |

**ORDER**

**AND NOW**, this *18th* day of *October*, 2011, upon consideration of the Motion to Dismiss filed by Defendants Pennsylvania Department of Corrections, Jerome Strickland, J. Johnson, Thomas Dohman, Vito Maniscalo, "Burton," Comer Rucker, Patricia Robinson, Captain Williams, Corrections Officer Smith, and Corrections Officer S. Green (Docket No. 29); Plaintiff Mary Belinda Bolden's Motion for Leave to File a Second Amended Complaint (Docket No. 31); and Defendants' Response in Opposition (Docket No. 33); it is hereby **ORDERED** as follows:

1. Plaintiff's Motion for Leave to File a Second Amended Complaint (Docket No. 31) is **GRANTED**. The Second Amended Complaint must be filed on or before November 1, 2011.

2. Defendants' Motion to Dismiss (Docket No. 29) is **DENIED WITHOUT PREJUDICE**.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.