IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY BELINDA BOLDEN, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | NO.  11-467 |
| v. | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | |
| et al., | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 9th day of January, 2013, upon consideration of Defendants' Motion for Summary Judgment, to which no response has been filed, it is hereby **ORDERED** that said Motion (Docket No. 59) is **GRANTED**.  Judgment is entered as a matter of law in favor of Defendants Comer Rucker, Vito Maniscalco, Marissa Burton, Patricia Robinson and Shawn Greene and against Plaintiff, Mary Belinda Bolden.

This case is **CLOSED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S. J.